

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| BLAKE RILEY BALLARD, | § | No. 08-21-00180-CR |
| Appellant, | § | Appeal from the |
| v. | § | 369th District Court |
| THE STATE OF TEXAS, | § | of Leon County, Texas |
| Appellee. | § | (TC# CM-15-178) |

## **J U D G M E N T**

The judgment of the Court issued February 28, 2022 is withdrawn, and the following is the judgment of the Court.

The Court has considered this cause on the record and concludes the Bill of Cost should be modified to delete the assessment of $500 in court-appointed attorney's fees, and correctly reflect that no such fees are due, delete the fine of $2,435.66, and correctly reflect no fine is due, reduce the Crime Stoppers fee by $100, and correctly reflect a maximum fee of $50 for said charge, and delete the $24 fee assessed for issuance of capiases, and correctly reflect that no capias fee is assessed. We therefore affirm the judgment of the court below as modified. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF JULY, 2022.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.